THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVA OKUN, Respondent, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, order of certiorari dismissed and the determination of the board of appeals confirmed, with fifty dollars costs, on the authority of *People ex rel. Werner* v. *Walsh* (212 App. Div. 635), handed down May 1, 1925.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

CHARLES H. STANTON, Respondent, v. ARTHUR DAY, Appellant, Impleaded

with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.